AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jesse Herman Bates | ) | Case No. 3:20-mj-215 |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 13, 2020  in the county of  Multnomah  in the  District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 231(a)(3) | Civil Disorder |

This criminal complaint is based on these facts:

Please see attached affidavit by FBI Special Agent Kevin Strauss.

☑ Continued on the attached sheet.

(By Phone)
*Complainant's signature*

Kevin Strauss, FBI SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  11:23  a.m./p.m.

Date:  08/25/2020

*Judge's signature*

City and state:  Portland, Oregon           Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*