UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JESSE HERMAN BATES,<br><br>Defendant. | 3:20-mj-00215<br><br>**ORDER TO SEAL COMPLAINT AND ARREST WARRANT AND RELATED MATERIALS**<br><br>**UNDER SEAL** |

Based on the Motion of the government, the Court finds that an ongoing criminal investigation may be seriously jeopardized by public disclosure at this time of the criminal complaint-related documents associated with the above-referenced case.

IT IS ORDERED that the Criminal Complaint, and Affidavit for Complaint and Arrest Warrant, the Return, this Order, the underlying Motion to Seal, and any further pleadings filed in this matter are SEALED until further order of this Court, except that the government may furnish copies of each document to the affiant and the affiant's investigative agency for their investigative needs.

/ / /


/ / /

**Order to Seal Complaint and Arrest Warrant and Related Materials**          **Page 1**
                                                                              Revised March 2018

IT IS FURTHER ORDERED that the government is authorized to provide copies of the Criminal Complaint, and Affidavit for Complaint and Arrest Warrant and any further pleadings to attorneys for any defendants in this case as part of its discovery obligations.

Dated: August 25, 2020

*Youlee Yim You*
HONORABLE YOULEE YIM YOU
United States Magistrate Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

*/s/ Craig J. Gabriel*
CRAIG J. GABRIEL, OSB #012571
Assistant United States Attorney