BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**THOMAS S. RATCLIFFE, ILSB #6243708**
Thomas.Ratcliffe@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-mj-00215** |
| **v.** | **NOTICE OF REASSIGNMENT OF ASSISTANT UNITED STATES ATTORNEY** |
| **JESSE HERMAN BATES** | |
| **Defendant.** | |

Please be advised that the above-captioned case has been reassigned to Assistant United

States Attorney Thomas S. Ratcliffe, who can be contacted at Thomas.Ratcliffe@usdoj.gov

Dated: September 3, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

**/s/ Thomas S. Ratcliffe**
THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney

**Motion to Seal**                                                                                     **Page 1**